# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDRE DEAN MOULTRIE,<br><br>            Petitioner,<br>    vs.<br><br>W.L. MONTGOMERY, Acting Warden,<br><br>            Respondent. | Case No. CV 13-08572 PA (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied and that Judgment be entered denying the Second Amended Petition and dismissing this action with prejudice.

Dated: October 3, 2016

                                          
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1