JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDRE DEAN MOULTRIE, <br> Petitioner, <br> vs. <br> W.L. MONTGOMERY, Acting Warden, <br> Respondent. | Case No. CV 13-08572 PA (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 3, 2016

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE